

RECEIVED

OCT 3 0 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  1:18-cr-071 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| RICHARD JOHN MASSEY, | ) | T. 18 U.S.C. §§ 1591(a)(1), (b)(2) |
| | ) | T. 18 U.S.C. § 1594 |
| | ) | T. 18 U.S.C. § 1952(a)(3)(A) |
| Defendant. | ) | T. 18 U.S.C. § 2422(b) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Sex Trafficking of a Minor)

That from an unknown date, but beginning at least as early as October 2017 and continuing up to and including April 26, 2018, in the Southern District of Iowa and elsewhere, the defendant, RICHARD JOHN MASSEY, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit Jane Doe, knowing and in reckless disregard of the fact that Jane Doe had not attained the age of 18 years, and would be caused to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), and (b)(2).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (Coercion and Enticement of a Minor)

Beginning as early as October 2017 and continuing up to and including April 26, 2018, in the Southern District of Iowa and elsewhere, the defendant, RICHARD JOHN MASSEY, did use any facility of interstate and foreign commerce, that being the Internet and cellular phone to knowingly persuade, induce, entice, or coerce Jane Doe, who had not attained the age of 18

1

years, to engage in prostitution and sexual activity for which any person could be charged with an offense, or attempted to do so.

This is a violation of Title 18, United States Code Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Travel Act—Facilitate Prostitution)**

Beginning as early as October 2017 and continuing up to and including April 26, 2018, in the Southern District of Iowa and elsewhere, the defendant, RICHARD JOHN MASSEY, did knowingly use facilities in interstate commerce with intent to promote, manage, establish or carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly manage, establish or carry on that illegal activity.

This is a violation of Title 18, United States Code Section 1952(a)(3)(A).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____

Shelly Sudmann
Assistant United States Attorney

2